UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE PROTON THERAPY CENTER – HOUSTON, LTD., L.L.P. d/b/a THE PROTON THERAPY CENTER AT THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,<br><br>　　　　Plaintiff<br><br>v.<br><br>HUMANA HEALTH PLAN OF TEXAS, INC.,<br><br>　　　　Defendant | § § § § § § § § § § § § § § | CASE NO. 4:18-cv-1259 |

## EXHIBIT A TO NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, the following matters are being filed by Humana Health Plan of Texas, Inc. in connection with the Notice of Removal in the above-referenced action:

　　Exhibit B　　State Court pleadings, executed process and docket sheet; and

　　Exhibit C　　List of Attorneys of Record.